IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:05-CR-103-01 |
| Plaintiff, ) | |
| ) | **DISMISSAL OF COUNTS ONE, TWO,** |
| -vs- ) | **THREE, AND FOUR OF THE** |
| ) | **INDICTMENT** |
| RISING SUN IRWIN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Assistant United States Attorney for the District of North Dakota hereby dismisses Counts One, Two, Three, and Four of the Indictment against Rising Sun Irwin, defendant, and respectfully requests leave of Court to file said dismissal.

Dated this 22nd day of May, 2006.

DREW H. WRIGLEY
United States Attorney

By:   */s/ Rick L. Volk*
RICK L. VOLK
Assistant United States Attorney
P. O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
N.D. Bar Board ID No. 04913
Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:05-cr-103-01 |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| -vs- | ) | |
| | ) | |
| RISING SUN IRWIN, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on May 22, 2006, the following documents:

Dismissal of Counts One, Two, Three, and Four of the Indictment

Certificate of Service

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

William D. Schmidt:  teri_ell@fd.org

I further certify that a copy of the foregoing documents and the Notice of Electronic Filing will be mailed by first class mail, postage paid, to the following non-ECF participants:


Dated: May 22, 2006                         */s/ Rick L. Volk*
                                            Rick L. Volk
                                            Assistant United States Attorney