UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                                 Criminal No. 4:05-cr-103-01

RISING SUN IRWIN

       Defendant.

## CLERK'S MINUTES OF PROCEEDINGS

| | |
|---|---|
| The Hon. Daniel L. Hovland | Date: Monday, May 22, 2006 |
| Bismarck, North Dakota | Time: 10:03 AM, CDT |
| Court Reporter: Sandie Ehrmantraut | Recess: 11:26 AM |
| Proceeding: SENTENCING | Clerk: Donald E. Emineth<br>USPO: Michael P. McGrath |

Appearances:    Rick L. Volk, for United States
                      William D. Schmidt, for Defendant

Defendant's counsel advises no factual disputes with the pre-sentence report, nor are there objections to the sentencing guidelines calculations... concurrence by Government's counsel.

<u>Carolyn Bird Bear,</u> sworn and presents statement to the Court.

<u>Video tape of Victim's Statement</u> presented (marked as Govt Ex. 1 - retained in Clerk's Vault - to be returned following expiration of appeal time).

<u>Ryan Eagle,</u> sworn & testifies on behalf of Defendant.
     Exam by Mr. Schmidt - 10:38
     Cross exam by Mr. Volk - 10:42

<u>Rose Crow Flies High,</u> sworn & testifies on behalf of Defendant

**Page 2**

    **Direct exam - 10:43**
    **Cross exam - 10:49**

**Government counsel's sentence recommendation.**
**Defendant counsel's sentence recommendation.**

**Statement by Defendant.**
**(Written statement presented to the Court) (Given to Probation Officer)**

**Defendant sentenced.**
**(Statement by Court)**

**Defendant advised of Right of Appeal.**