PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Rising Sun Irwin       Case Number: 0868 4:05CR00103

Name of Sentencing Judicial Officer: Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: May 22, 2006

Original Offense:     Possession of Material Containing Images of Child Pornography

Original Sentence:    120 months imprisonment; 5 years supervised release

Type of Supervision: TSR       Date Supervision Commenced: 12/22/2014

Asst. U.S. Attorney:  Rick Volk     Defense Attorney:  William Schmidt

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | The defendant has failed to comply with sex offender treatment. This is in violation of his special conditions of release. |
| 2) | The defendant has failed to work regularly at a lawful occupation. This is in violation of the standard conditions of supervision. |
| 3) | On May 16, 2015, the defendant was arrested and charged with Drove or In Actual Physical Control of a Motor Vehicle While Under the Influence of Alcohol (D.U.I) (Case # 2015-04711) by Three Affiliated Tribes Police Department. This is in violation of the standard conditions of supervision. |

PROB 12C
(Rev. 2/13)
Irwin, Rising Sun
0868 4:05CR00103

U.S. Probation Officer Recommendation:
It is respectfully recommended that a warrant be issued for the arrest of Mr. Rising Sun Irwin and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2015

/s/ Fallon Clouse
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

9/25/2015
Date