## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rising Sun Irwin, | ) | Case No. 4:05-cr-103-1 |
| | ) | |
| Defendant. | ) | |

On October 2, 2015, defendant appeared before the court on a petition for action on conditions of his supervised release. On October 6, 2015, defendant waived his right to a detention hearing and was ordered detained pending a final hearing on the petition.

On October 29, 2015, the court issued an order modifying defendant's conditions of supervision to permit him to reside at the Lake Region Reentry Center ("LRRC") in Devils Lake, North Dakota. The Pretrial Services Office has advised that there is now space for defendant at LRRC.

Accordingly, it is **ORDERED** United States Marshal shall transport defendant to LRRC as soon as practicable. Upon arrival at LRRC, defendant shall be released subject to conditions of his supervision as modified by the court in its order of October 29, 2015.

Dated 2nd day of November, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court