# UNITED STATES DISTRICT COURT

### District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Rising Son Irwin** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  4:05-cr-103-01<br>USM No.  09279-059<br><br>_____Guy L. Womack_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __Standard; Special__  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1) | Defendant was arrested by Three Affiliated Tribes Police Department and convicted of Drove or In Actual Physical Control of a Motor Vehicle While Under the Influence of Alcohol (D.U.I.) (Case #2015-04711). | May 16, 2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: _____<br><br>Defendant's Year of Birth: _____<br><br>City and State of Defendant's Residence:<br>_____ | March 16, 2017<br>Date of Imposition of Judgment<br><br>_/s/_<br>Signature of Judge<br><br>Daniel L. Hovland       U.S. Chief District Judge<br>Name and Title of Judge<br><br>March 16, 2017<br>Date |

Local AO 245D (Rev. 9/13)(AO Rev. 09/11)
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: **Rising Son Irwin**
CASE NUMBER: **4:05-cr-103-01**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2) | Defendant tested positive for marijuana and oxycodone. He admitted to having abused prescription pills for a month. | |
| 3) | Defendant has failed to comply with sex offender treatment. | |

Judgment — Page __3__ of __3__

DEFENDANT: **Rising Son Irwin**
CASE NUMBER: **4:05-cr-103-01**

## IMPRISONMENT

The defendant's supervision is revoked.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**9 MONTHS, with credit for time served, to run concurrent with the sentence imposed in Case No. 1:16-cr-261.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the Defendant be placed at a correctional facility located in North Dakota, to remain close to family.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL